**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 119 MM 2018
:
Respondent :
:
:
:
v. :
:
:
:
RAUL ROMERO MATOS, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of October, 2018, the Motion for Leave to File *Amicus Curiae* Brief is GRANTED, and the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.